**Opinion issued March 13, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00196-CV

———————————

## IN RE ADRIENE L. SIBLEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Adriene Sibley, has filed a petition requesting either (1) a writ of prohibition preventing the trial court from proceeding with the underlying case or (2) a writ of mandamus compelling the trial court to rule on her motion to transfer

venue.[*]  We **deny** the petition. The motion for emergency stay filed in conjunction

with the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

[*] The underlying case is *Seminole Pipeline Company LLC v. Adriene Sibley*, cause number C150979, pending in the County Court at Law No. 3 of Brazoria County, Texas, the Honorable Jeremy Warren presiding.